UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOES 1-20,<br><br>　　　　Defendant. | Case No. 25-cv-06424-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 13 |

Good cause being shown, the Court GRANTS Plaintiff's request for an extension of time to file his amended complaint. Dkt. No. 13. By February 2, 2026, Plaintiff shall file an amended complaint that addresses the deficiencies identified in the Court's October 13, 2025 Order (Dkt. No. 9). Failure to comply with the deadline set forth in this order may result in dismissal of this action without prejudice for failure to prosecute or failure to comply with a court order.

This order terminates Dkt. No. 13.

**IT IS SO ORDERED.**

Dated: 1/6/2026

　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge