UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MUHAMMAD KHAN,

Plaintiff,

v.

DOES 1-20,

Defendant.

Case No. 25-cv-06424-HSG

**ORDER GRANTING FINAL EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

Re: Dkt. No. 15

On or about July 31, 2025, Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On November 13, 2025, the Court dismissed the complaint for failure to state a claim, and granted Plaintiff leave to file a first amended complaint that addressed the identified deficiencies. Dkt. No. 9. On January 6, 2026, the Court granted Plaintiff an extension of time to February 2, 2026 to file the first amended complaint. Dkt. No. 14. On February 25, 2026, Plaintiff requested an extension of time to March 31, 2026, to file his amended complaint, stating that he had not received a response to his first request for an extension of time, that he suffered an injury to his hand in October 2025 that has limited his ability to write and type, and that his mail was lost for a month. Dkt. No. 15. Good cause being shown, the Court GRANTS Plaintiff's request for an extension of time to file his first amended complaint. Plaintiff shall file his first amended complaint by March 31, 2026. No further extensions of time will be granted. Failure to file an amended complaint by the deadline will result in this action being dismissed without prejudice with further notice to Plaintiff.

//

//

//

United States District Court
Northern District of California

This order terminates Dkt. No. 15.

**IT IS SO ORDERED.**

Dated:  3/11/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge