United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MUHAMMAD KHAN,
Plaintiff,

v.

DOES 1-20,
Defendant.

Case No. 25-cv-06424-HSG

**ORDER OF DISMISSAL**

Plaintiff has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. On June 2, 2026, the Court screened the first amended complaint and found that it stated a cognizable Eighth Amendment claim against Jane Doe 1. *See generally* Dkt. No. 18. However, because an action cannot proceed against a Doe defendant as the United States Marshal is unable to serve an unnamed defendant, the Court ordered Plaintiff to provide the name of Jane Doe 1 by June 30, 2026, or face dismissal of this action. Dkt. No. 18 at 4. The deadline has passed, and Plaintiff has not provided the Court with Jane Doe 1's name and has not otherwise communicated with the Court. Accordingly, the Court DISMISSES this action for failure to comply with a court order pursuant to Fed. R. Civ. P. 41(b). The dismissal is without prejudice to Plaintiff filing a motion to reopen once he determines Jane Doe 1's identity. Any motion to reopen must include Jane Doe 1's full name and address such that the United States Marshal is able to effect service.

**IT IS SO ORDERED.**

Dated: 7/31/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge